UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

MARCO SOLE,

    Plaintiff,

    v.                           Case No. 2:26-CV-006-GSL

UNITED STATES OF AMERICA,

    Defendant.

**<u>OPINION AND ORDER</u>**

This matter is before the Court on the Motion for Return of Property [DE 2] filed by Plaintiff, Marco Sole, on December 29, 2025.  Sole has requested, pursuant to Federal Rule of Criminal Procedure 41(g), that the Court direct Defendant, United States of America, to return personal property seized from him at the time of his arrest in February 2023.  [DE 2].  The personal property includes $2,136.00 in United States Currency as well as "property documents." [*Id*.].

The Government responded to Sole's Motion on April 29, 2026, indicating that it has no objection to returning the requested property to Sole. *See* [DE 9].  The Government states that the property documents are currently being held by the FBI and that the United States Currency is being held by the United States Marshal Service's (USMS) Asset Forfeiture Division. [Id.].

The Government has explained that, in order to effectuate the return of the requested property, Sole must (1) inform the FBI who the property documents should be delivered to and (2) complete a form, generated by USMS, in order for the $2,136.00 to be returned to him. [*Id*.].  The Government has further represented that it has mailed the USMS form to Sole for him to complete and return to USMS. [*Id*.].

Based on the foregoing, and noting the lack of objection by the Government, the Court:

(1)  **GRANTS** Sole's Motion [DE 2];

(2)   **ORDERS** Sole to file a Notice with the Court indicating who the "Property Documents" should be delivered to and a corresponding mailing address on or before **May 30, 2026**;

(3)  **ORDERS** the Government, once the Notice has been filed, to mail the "Property Documents" to the designated individual;

(4)  **DIRECTS** Sole to complete the USMS form, provided to him by the Government, and return it to USMS to facilitate the return of the $2,136.00; and,

(5)  **DIRECTS** the Clerk to close this case.

SO ORDERED.

ENTERED: April 30, 2026

/s/ GRETCHEN S. LUND
Judge
United States District Court